UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYLER H. GROTH,<br><br>          Plaintiff,<br><br>   v.<br><br>JP MORGAN CHASE BANK, N.A.,<br><br>          Defendant. | Case No. CV 21-2853 PA (MARx)<br><br>JUDGMENT |

    In accordance with the Court's April 30, 2021 Minute Order granting the Motion to Dismiss filed by defendant JP Morgan Chase Bank, N.A. ("Defendant"), it is HEREBY ORDERED, ADJUDGED, AND DECREED that judgment is entered in favor of Defendant and against plaintiff Tyler H. Groth ("Plaintiff").

    It is further ORDERED, ADJUDGED, AND DECREED that Plaintiff take nothing and Defendant shall have its costs of suit pursuant to Federal Rule of Civil Procedure 54.

DATED: April 30, 2021

                                                                                      Percy Anderson
                                                       UNITED STATES DISTRICT JUDGE